1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**SEALED**

**FILED**

JUN 2 9 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:15-MJ-138 CKD

12      v.                                [PROPOSED] ORDER RE: REQUEST TO SEAL
                                           DOCUMENTS
13 MATTHEW MULLER,
                                           **UNDER SEAL**
14

15

16                              **SEALING ORDER**

17     Upon application of the United States of America and good cause having been shown,

18     IT IS HEREBY ORDERED that the documents in the above-entitled proceeding shall be filed

19 under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

20

21 Dated: 06/29/2015                       _____
                                            Hon. Carolyn K. Delaney
22                                          U.S. MAGISTRATE JUDGE

SEALING ORDER                           1