BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW MULLER, <br><br> Defendant, | CASE NO. 2:15-MJ-138-CKD <br><br> REQUEST TO UNSEAL COMPLAINT |

On June 29, 2015, a complaint was filed in the above-referenced case. The associated search warrants have been executed and the defendant has been in State custody. It is no longer necessary for the complaint to be sealed. The government respectfully requests that the case be unsealed.

Dated: July 13, 2015

BENJAMIN B. WAGNER
United States Attorney

MATTHEW D. SEGAL
Assistant United States Attorney