BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
JUL 13 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW MULLER, <br><br> Defendant, | CASE NO. 2:15-MJ-138-CKD <br><br> [PROPOSED] ORDER TO UNSEAL COMPLAINT |

The government's request to unseal the complaint and this case is GRANTED.

Dated: July 13, 2015

_____
HON. CAROLYN K. DELANEY
U.S. Magistrate Judge